# United States Bankruptcy Court  District of Massachusetts

## CHAPTER 13 PLAN COVER SHEET

Filing Date:  
Debtor: Paul T. Callahan  
SS#: 9609  
Address: 8 Pondview Road  
Norfolk, MA 02056

Docket #:  
Co-Debtor: Margaret M Callahan  
SS#: 4105  
Address:

Debtor's Counsel: AnDre' D Summers  
Address: PO Box 306,  
9 East Central Street Franklin, MA  
02038 _  
Telephone #: 1-508-528-8444  
Facsimile #: 1-508-528-1263

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

### CHAPTER 13 PLAN                Docket #

DEBTORS:(H)  Paul T. Callahan        SS# 9609

(W) Margaret M. Callahan    SS# 4105

TERM OF THE PLAN 60 Months Months

(If the plan is longer than thirty-six (36) months, a statement of cause pursuant to 11 U.S.C. § 1322(d) must be attached hereto.)

PLAN PAYMENT:Debtor(s) to pay monthly: **$181.00**

I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN
(INCLUDING ARREARS):

| Creditor | Description of claim (pre-petition arrears, purchase money, etc.) | Amount of claim |
|---|---|---|
| _____ |  | $_____ |
|  | Total of secured claims to be paid through the Plan | $ 0.00 |

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS
(Not through Plan):

| Creditor | Description of Claim |
|---|---|
| MetLife Home Loans | Mortgage-8 Pondview Rd Norfolk, MA |
| First Horizon | Mortgage-8 Pondview Rd Norfolk, MA |
| Wachovia | Vehicle-2007 Hyundai Accent |

**SECURED CREDITORS WIL BE PAID IN THE NORMAL COURSE**

C.  SECURED CREDITORS SURRENDERED OR NOT PAID

1.   Sovereign Bank       Security Agreement    2000 Allegro M-31surrendered

II. PRIORITY CLAIMS

**Creditor**        **Description of claim**        **Amount of claim**

Total of priority claims to be paid through the plan

III. ADMINISTRATIVE CLAIMS

A.  Attorneys fees (to be paid through the plan): $ 0.00
    (to be paid in first 12 months of plan)
B.  Miscellaneous fees:

**Creditor**        **Description of claim**        **Amount of claim**

_____   _____           $_____

_____   _____           $_____

C.  The chapter 13 trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% trustee's commission.

In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of 16.50 % of their claims.

   A. General unsecured claims: $59,204.00

   B. Undersecured claims arising after lien avoidance/cramdown:

**Creditor**        **Description of claim**        **Amount of claim**

_____   _____           $_____

_____   _____           $_____

Total of A + B general unsecured claims: $59,204.00
C. Multiply total by percentage of dividend: $9,768.63

(Example: Total of $38,500.00 × .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower/student loan, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| | Total amount of separately classified claims payable at ____%: | $_____ |

V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan: N/ A

_____
_____

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

_____
_____
_____
_____

C. Miscellaneous provisions: Allegro Motor Home has been surrendered to Sovereign Bank, Allocation of $10,500.00 has been established as a potential Deficiency.

VI. CALCULATION OF PLAN PAYMENT

a.  Secured claims (Section I.A Total):               $0.00
b.  Priority claims (Section II Total):            +  $0.00
c.  Administrative claims (Section III A + B Total): + $0.00
d.  General unsecured claims (Section IV.C Total): +  $9,768.63
e.  Separately classified unsecured claims
    (Section IV.D Total)                           +  $0.00
f.  Total of (a) through (e) above:                =  $9,768.63
g.  Divide (f) by .90 for total including Trustee's fee:
                                    Cost of Plan   =  $10,854.03
    (This represents the total amount to be paid in
    to the Chapter 13 plan.)

h. Divide (g) Cost of Plan by Term of plan:     60 months
i. Round up to nearest dollar:     $180.90

**Monthly Payment Plan:**

**$181.00**

Pursuant to 11 U.S.C. § 1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

LIQUIDATION ANALYSIS

I. Real Estate:  Yes

| Address | Fair Market Value | Recorded Liens (Schedule CD) |
|---|---|---|
| 8 Pondview Dr Norfolk, MA | $365,000.00 | $413,062.40 |

Total Net Equity for Real Property: $0.00

Less Exemptions (Schedule C):     $0.00

Available Chapter 7:     $0.00

II. Automobile (Describe year, make and model):  None

| | Value | Lien | Exemption |
|---|---|---|---|
| 2007 Hyundai Accent | $6,625.00 | $8,218.28 | $0.00 |
| 2002 Toyota Camry | $5,625.00 | $0.00 | $5,625.00 |
| 2000 Allegro M-31 | $13,562.28 (To be Surrendere d) | $19,562.28 | $0.00 |

Net Value of Equity: $5,625.00

Less Exemptions (Schedule C): $5,625.00

Available Chapter 7: $0.00

III. All Other Assets (All remaining items on Schedule B):
    (Itemize as necessary)

Value:  0.00/*less* Exemptions (Schedule C):     $0.00

| | |
|---|---|
| Available Chapter 7: | $0.00 |
| SUMMARY (Total amount available under Chapter 7): | $0.00 |
| Net Equity (I and II) *plus* Other Assets (III) *less* all claimed exemptions: | $0.00 |

Additional Comments regarding Liquidation Analysis:

*Intententiionally left blank*

| Item | Mkt Value | Lien | Exemption | Balance | |
|---|---|---|---|---|---|
| RE-Norfolk | 365,000.00 | 413,062 | 0 | 0.00 | |
| Auto Camry | 5,625.00 | 0 | 5,625 | 0.00 | |
| Auto Accent | 6,625.00 | 8,218 | 0 | 0.00 | |
| Auto allegro-surr | 13,562.00 | 19,562 | 0 | 0.00 | **Surrendered** |
| Bank Acct | 10 | | 10 | 0.00 | |
| Cash | 20 | | 20 | 0.00 | |
| Clothes | 2000 | | 2000 | 0.00 | |
| Household | 8000 | | 8000 | 0.00 | |
| Life Insurance | 2,992.97 | | 2,992.97 | 0.00 | |
| Jewelry | 1,000.00 | | 1,000.00 | 0.00 | |
| Garden Tractor | 100.00 | | 100.00 | 0.00 | |
| Gun-22 cal revolver | 350.00 | | 350.00 | 0.00 | |
| Pension | 2,729.32 | | 2,792.32 | 0.00 | |
| Inheritance less > | 5000 | | 5,000.00 | 0.00 | |
| Animals | | | | 0.00 | |
| | | **Total Avail** | | **0** | |

*Intententiionally left blank*

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_____     Date: 7/15/8
Debtor's Counsel, AnDre' D. Summers
Address: 9 East Central Street Franklin MA 02038
Telephone #:1-508-528-8444

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____     Date: 5-19-09
Paul T Callahan, Debtor,

_____     Date: 5-19-09
Margaret M Callahan, Debtor,

## CERTIFICATE OF SERVICE

I, AnDre' D. Summers, hereby certify under the pains and penalties of perjury that a true copy of the enclosed :

## DEBTORS' CHAPTER 13 PLAN

was served ECF pacer to interested parties and or via first class, prepaid mail to the following list of interested parties creditors as indicated:

Clerk of the Court
U.S. Bankruptcy Court
O'Neil Federal Building 1101
10 Causeway Street
Boston, MA 02222-1074

Ms. Carolyn A. Bankowski, Esq.
Ms. Patricia A. Remer, Esq.
Chapter 13 Trustee
POB 8250
Boston, MA 02114-0033

Paul & Margaret Callahan
8 Pondview Road
Norfolk, MA 02056

See attached Matrix

May 20, 2009

_____
AnDre' D. Summers
Summers Law Office
PO Box 306
9 East Central Street
Franklin, MA 02038
508-528-8444,
BBO # 551618

AnDre' Summers
Summers Law Office
P.O. Box 306
Franklin, MA 02038

Bank of America
PO Box 15019
Wilmington, DE 19886-501

Capital One bk USA
PO Box 71083
Charlotte, NC  28272-108

Cardmember Services
PO Box 15153
Wilmington, De 19886-515

Carolyn A. Bankowski Esq
Chapter 13 Trustee
Chapter 13 Trustee
POB 8250
Boston, MA 021114-0033

Citi Cards
PO Box 183063
Columbus OH 43218-3063

Citi Mastercard
Processing Center
Des Moines, IA 50364-000

Citibank
c/o Associated Recovery
Po Box 469046
Escondido, CA 92046-9046

Commonwealth of Massachu
Division of Employment a
Attn: Chief Counsel
Hurley Building - Govern
Boston, MA  02114

Dress Barn
PO Box 659704
San Antonio, TX 78265-97

First Horizon
PO Box 31
Memphis, TN 38101-0031

Home Depot Credit Servic
Processing Center
Des Moines, IA  50364-05

Internal Revenue Service
Special Procedures Func.
P.O. Box 9112
JFK Building
Boston, MA  02203

JC Penney
PO Box 960090
Orlando, FL 32896-0090

Kohl's Payment Center
PO Box 2983
Milwaukee, WI 53201-2983

Lowe's
PO Box 530914
Atlanta, GA 30353-0914

Macy's
PO Box 689195
Des Moines, IA 50368-919

Massachusetts Dept. of R
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

MetLife Home Loans
4000 Horizon Waty
Irving TX 75063

Paul & Margaret Callahan
8 Pondview Rd
Norfolk, MA 02056

Sears Credit Cards
PO Box 183081
Columbus, OH 43218-3081

Sovereign Bank
PO Box 16255
Reading, PA 19612-6255

Target National Bank
PO Box 59317
Minneapolis, MN  55459-0

U.S. Trustees Office
Tip O'Neil Building
10 Causeway Street, 11th
Boston, MA 02222

Wachovia
PO Box 25341
Santa Anna, CA 92799-534